In the Matter of the Application of ROSE STARK PERRY, as Administratrix, etc., of CARL STARK, Also Known as KARL STARK, Deceased, for an Order Compelling the Discovery and Delivery of Property of the Deceased. ROSE STARK PERRY, as Administratrix, etc., of CARL STARK, etc., Deceased, Appellant; STEPHANIE REINHARDT, Respondent.— Decree of the Surrogate's Court of Queens County, dismissing the claim of the appellant Rose Stark Perry, as administratrix, etc., to a certain bank book in the possession of the respondent Stephanie Reinhardt, and awarding title to such book to said respondent as a valid gift made by the decedent during his lifetime, unanimously affirmed, with costs to the respondent,

payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.